**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ESTATE OF PATRICIA COBIGE, | ) | |
| | ) | |
| Plaintiff, | ) | 06 C 3807 |
| | ) | |
| v. | ) | JUDGE ST. EVE |
| | ) | |
| CITY OF CHICAGO, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants Nicole Henry ("Henry"), Dwayne Collier ("Collier"), by their attorney, Caroline Fronczak, Assistant Corporation Counsel, move this Honorable Court pursuant to Fed. R. Civ. P. 56(b) for judgment in their favor.

1. Count II alleges defendants Henry and Collier violated plaintiff's 4th Amendment rights by arresting Cobige without probable cause. Count IV(2)[1] alleges common law false imprisonment against defendants Collier and Henry.

2. The defendants now move for judgment in their favor on Counts II and IV(2).

3. The defendants are entitled to summary judgment on Count II because both Collier and Henry had probable cause to suspect Cobige had committed a crime. There is no evidence to suggest that Cobige was doing anything other than soliciting unlawful business in the City of Chicago.

4. The defendants are entitled to summary judgment on Count IV(2) because existence of probable cause will not only bar a Section 1983 claim for false arrest, but it will also bar a state law claim for false imprisonment.

---

[1] The Second Amended Complaint has two claims designated "Count IV".

Respectfully submitted,

By: /s/ Caroline Fronczak

Attorney for Defendants Dwayne Collier and Nicole Henry
30 N. LaSalle, Suite 1020
Chicago, Il 60602
(312) 744-5126
Attorney No. 06284817

## CERTIFICATE OF SERVICE

I, Caroline Fronczak, an attorney, certify that I have this 17th day of March, 2008, caused the foregoing **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** to be served upon all parties who have appeared in this matter via the CM/ECF electronic filing and email notification system.

*/s/ Caroline Fronczak/s/*