**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division**

Maurice Cobige

                     Plaintiff,

v.                                                       Case No.: 1:06−cv−03807
                                                      Honorable Amy J. St. Eve

City of Chicago, Illinois, et al.

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 6, 2009:

      MINUTE entry before the Honorable Amy J. St. Eve: The Court grants Defendant City of Chicago's Motion for Summary Judgment [117] and Defendants Dwayne Collier's and Nicole Henry's Motion for Summary Judgment [123] in their entirety. The Court grants in part and denies in part the individual Defendants' Motion for Summary Judgment [122]. Status hearing set for 8/25/09 is stricken and reset to 8/13/2009 at 08:30 AM. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.