**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ESTATE OF PATRICIA COBIGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 06 C 3807 |
| | ) | |
| CITY OF CHICAGO, a municipal corporation, et al., | ) | JUDGE ST. EVE |
| | ) | |
| | ) | |
| Defendants. | ) | |

**CORRECTED EXHIBITS H-N TO
DEFENDANTS' MOTION TO BAR PLAINTIFF'S
EXPERT CARDIOLOGIST, DR. FINTEL**