**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MAURICE COBIGE, as Son, Next Friend, ) and Special Representative of ) PATRICIA COBIGE, Deceased, ) ) Plaintiff, ) ) v. ) ) CITY OF CHICAGO, et. al., ) ) Defendants. ) | No. 06 CV 3807 Judge St. Eve | |

**PLAINTIFF'S FOURTH MOTION *IN LIMINE* TO BAR**
**REFERENCE TO DECEDENT'S WORK HISTORY**
**TAX RECORDS OR USE OF PUBLIC AID**

Now comes Plaintiff, MAURICE COBIGE, by one of his attorneys, Josh Friedman, moves, *in limine,* to bar any reference to Decedent's work history, tax records or use of public aid. In support of this motion, Plaintiff states as follows:

According to Federal Rule of Evidence 401, "'relevant evidence' means evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence." Patricia Cobige's work, public aid, and tax histories do not make it any more or less probable that Defendants denied her medical care, caused her death or intentionally inflicted emotional distress upon her. Moreover, these topics are irrelevant to the issue of damages since damage Plaintiff has not made any claim of pecuniary damages in this case. He has not alleged lost wages on behalf of his mother, and has not claimed a loss of financial support to himself as a result of her death. Thus, Ms. Cobige's work history, tax records and her use of public aid are irrelevant to the issues in this case. Since Ms. Cobige is deceased and cannot testify at trial, there is no basis to use any of

these topics for any impeachment purpose, and any reference to these issues would serve only has an improper attack on Ms. Cobige's character. Pursuant to Federal Rules of Evidence 403 and 404, reference to these issues should be barred.

    WHEREFORE Plaintiff respectfully requests that this Honorable Court bar any reference at trial to decedent's work history, tax records or use of public aid.

RESPECTFULLY SUBMITTED,

/s/ Josh Friedman  
One of Plaintiff's attorneys

JOSH M. FRIEDMAN  
Law Offices of Josh M. Friedman  
53 West Jackson, Suite 840  
Chicago, IL 60604  
(312) 886-0277  
A.R.D.C. No. 6220313

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that on December 17, 2009, the foregoing Motion in Limine was served electronically on counsel for all parties.

/s/ Josh Friedman  
One of Plaintiff's attorneys