# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Maurice Cobige

                                    Plaintiff,

v.                                                      Case No.: 1:06–cv–03807
                                                        Honorable Amy J. St. Eve

City of Chicago, Illinois, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 14, 2010:

        MINUTE entry before Honorable Amy J. St. Eve: The Court denies Plaintiff's motion in limine #8 [174] in which Plaintiff seeks to bar Defendant Officers from asserting their inability to pay punitive damages in this matter. As the Seventh Circuit explains, the "defendant who cannot pay a large award of punitive damages can point this out to the jury so that they will not waste their time and that of the bankruptcy courts by awarding an amount that exceeds his ability to pay." Kemezy v. Peters, 79 F.3d 33, 36 (7th Cir. 1996). Meanwhile, defense counsel provided Plaintiff's counsel with Defendants' financial affidavits stating their current assets, liabilities, and income in response to this in limine motion. Because Plaintiff seeks punitive damages, any such evidence of Defendants' financial position is relevant, especially because Illinois law prevents the City from indemnifying the individual Defendants for an award of punitive damages. See 745 ILCS 10/2–302; see also Kemezy, 79 F.3d at 37.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.