UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 4.0.3**
Eastern Division

Maurice Cobige

                                              Plaintiff,

v.                                                                               Case No.: 1:06−cv−03807
                                                                              Honorable Amy J. St. Eve

City of Chicago, Illinois, et al.

                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 15, 2010:

      MINUTE entry before Honorable Amy J. St. Eve: The Court grants Plaintiff's motion in limine # 4 [171] in which Plaintiff seeks to bar evidence or reference to decedent's tax records, work history, or use of public aid. Despite Defendants#039; argument, such information is not relevant to Plaintiff's wrongful death act damages. See Fed.R.Evid. 401. Moreover, any such evidence or reference is inadmissible to show the decedent's character under Rule 404(b) and Defendants fail to argue any exception to Rule 404(b). See United States v. Conner, 583 F.3d 1011, 1018 (7th Cir. 2009). Indeed, any probative value of this evidence is substantially outweighed by the potential prejudice that Defendants will attempt to use this evidence to show decedent's "bad" character. See Fed.R.Evid. 403; see also Gora v. Costa, 971 F.2d 1325, 1331 (7th Cir. 1992) ("courts should be careful to ensure that a civil rights plaintiffs criminal past is not used to unfairly prejudice him or her."). Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.