# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Maurice Cobige

                              Plaintiff,

v.                                                  Case No.: 1:06–cv–03807
                                                    Honorable Amy J. St. Eve

City of Chicago, Illinois, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 28, 2010:

        MINUTE entry before Honorable Amy J. St. Eve: The Court denies Defendant
Maria Diaz's supplemental motion in limine #1 [225] in which Diaz seeks to bar reference
of any issues between Defendants Julia Lawler, Sergeant Thomas Motzny, and herself. In
her motion, Diaz explains that there is a history of animosity and personal disputes
between the individual Defendants and that any evidence of these "squabbles" is not
relevant to whether Defendants failed to provide medical treatment to the decedent. The
Court disagrees. Any conflicts between the individual Defendants are relevant to the
issues of witness bias and motive, as the Court will instruct the jury pursuant to Seventh
Circuit Pattern Jury Instruction 1.13. Specifically, the Court will instruct the jury that they
must decided whether the witnesses' testimony is truthful and accurate and that the jury
may consider any interest, bias, or prejudice a witness may have. Because Defendants'
alleged animosity is relevant to the their interest, bias, or prejudice, the Court denies
Diaz's motion in limine #1. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.