**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MAURICE COBIGE, as Son, Next Friend, and Special Representative of PATRICIA COBIGE, Deceased,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>CITY OF CHICAGO, et. al.,  )<br><br>Defendants.  ) | <br><br><br><br><br><br>No. 06 CV 3807<br><br>Judge St. Eve |

**PLAINTIFF"S PROPOSED VERDICT FORMS**

Now comes Plaintiff, by his undersigned attorney, and submits the following proposed verdict forms:

## **PLAINTIFF'S PROPOSED VERDICT FORM A**

We, the jury, find as to the claims of Plaintiff, Maurice Cobige, in this case as follows:

1. **Plaintiff's Failure to Provide Medical Attention Claim**

    **Indicate your verdict for either Plaintiff or Defendant by placing an "x" on one of the two lines provided next to each Defendant's name below:**

| WE FIND: | FOR PLAINTIFF | FOR DEFENDANT |
|---|---|---|
| as to Defendant Motzny: | _____ | _____ |
| as to Defendant Dimilanta: | _____ | _____ |
| as to Defendant Lawler: | _____ | _____ |
| as to Defendant Czarniecki: | _____ | _____ |
| as to Defendant Diaz: | _____ | _____ |

2. **Plaintiff's Intentional Infliction of Emotional Distress Claim**

    **Indicate your verdict for either Plaintiff or Defendant by placing an "x" on one of the two lines provided next to each Defendant's name below:**

| WE FIND: | FOR PLAINTIFF | FOR DEFENDANT |
|---|---|---|
| as to Defendant Motzny: | _____ | _____ |
| as to Defendant Dimilanta: | _____ | _____ |
| as to Defendant Lawler: | _____ | _____ |
| as to Defendant Czarniecki: | _____ | _____ |
| as to Defendant Diaz: | _____ | _____ |

**IF YOU FOUND FOR PLAINTIFF ON EITHER OF THESE TWO CLAIMS AS TO ANY OF THE DEFENDANTS, THEN PROCEED TO COMPENSATORY**

**DAMAGES.**

**We the Jury award the following compensatory damages to the estate of Patricia Cobige on Plaintiff's Failure to Provide Medical Attention and/or Intentional Infliction of Emotional Distress Claim(s):**

**Compensatory Damages:   $ _____**

**IF YOU FOUND FOR PLAINTIFF ON HIS DENIAL OF MEDICAL CARE CLAIM, THEN PROCEED TO PUNITIVE DAMAGES.**

**We the Jury award the following punitive damages to the estate of Patricia Cobige on Plaintiff's Failure to Provide Medical Care Claim:**

**Punitive Damages:**

as to Defendant Motzny:          $ _____

as to Defendant Dimilanta:       $ _____

as to Defendant Lawler:          $ _____

as to Defendant Czarniecki:      $ _____

as to Defendant Diaz:            $ _____

3.   **Plaintiff's Wrongful Death Act Claim**

   **Indicate your verdict for either Plaintiff or Defendant by placing an "x" on one of the two lines provided next to each Defendant's name below:**

| WE FIND: | FOR PLAINTIFF | FOR DEFENDANT |
|---|---|---|
| as to Defendant Motzny: | _____ | _____ |
| as to Defendant Dimilanta: | _____ | _____ |
| as to Defendant Lawler: | _____ | _____ |

    as to Defendant Czarniecki:    _____    _____

    as to Defendant Diaz:    _____    _____

**IF YOU FOUND FOR PLAINTIFF ON HIS WRONGFUL DEATH ACT CLAIM AS TO ANY OF THE DEFENDANTS, THEN PROCEED ON TO DAMAGES ON THAT CLAIM.**

**We the Jury award the following damages to Plaintiff, Maurice Cobige, on his Wrongful Death Act claim:**

    **Compensatory Damages:   $ _____**

_____    _____
Foreperson    Juror

_____    _____
Juror    Juror

_____    _____
Juror    Juror

_____    _____
Juror    Juror

    Date: _____

## **PLAINTIFF'S PROPOSED VERDICT FORM B**

We, the jury, find in favor of the Defendants on all of Plaintiff's claims.

_____                _____
Foreperson                                    Juror


_____                _____
Juror                                         Juror


_____                _____
Juror                                         Juror


_____                _____
Juror                                         Juror


Date: _____

                        Respectfully Submitted,

                        /s/ Josh M. Friedman
                        Attorney for Plaintiff

Law Offices of Josh M. Friedman
53 W. Jackson Blvd.
Suite 840
Chicago, IL 60604
(312) 886-0277
A.R.D.C. No. 6220313

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that the above Plaintiff's Proposed Verdict Forms was served on counsel for all parties by electronic means on February 4, 2010.

                        /s/   Josh Friedman