**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MAURICE COBIGE, as Son, Next Friend, )<br>and Special Representative of the estate of  )<br>PATRICIA COBIGE, Deceased, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>CITY OF CHICAGO, a municipal )<br>Corporation, CHICAGO POLICE )<br>OFFICERS RENE DIMILANTA, PIOTR )<br>CZARNIECKI, JULIA LAWLER, )<br>THOMAS MOTZNY, and CHICAGO )<br>POLICE DEPARTMENT CIVILIAN )<br>DETENTION AIDE MARIA DIAZ, )<br>)<br>Defendants. ) | No. 06 CV 3807<br><br>Judge ST. EVE<br><br>Magistrate Judge DENLOW |

**DEFENDANTS' PROPOSED VERDICT FORM**

WE THE JURY UNANIMOUSLY FIND AS FOLLOWS:

**SECTION ONE:**

In favor of all Defendants and against Plaintiff on all of his claims. (Mark the appropriate line with an "X")

  **YES** _____      **NO** _____

If your answer to the above is "Yes", proceed to SECTION FOUR. If your answer to the above is "No", proceed to SECTION TWO.

**SECTION TWO:**

    As to Plaintiff's claims, indicate your verdict by marking the appropriate line with an "X" for the claim.

(1)   **Federal Law Claim For Failure to Provide Medical Care**

| | For Plaintiff Maurice Cobige | Against Plaintiff Maurice Cobige |
|---|---|---|
| As to: | | |
| Defendant Rene Dimilanta | _____ | _____ |
| Defendant Piotr Czarniecki | _____ | _____ |
| Defendant Thomas Motzny | _____ | _____ |
| Defendant Julia Lawler | _____ | _____ |
| Defendant Maria Diaz | _____ | _____ |

(2)   **State Law Claim - Intentional Infliction of Emotional Distress**

| | For Plaintiff Maurice Cobige | Against Plaintiff Maurice Cobige |
|---|---|---|
| As to: | | |
| Defendant Rene Dimilanta | _____ | _____ |
| Defendant Piotr Czarniecki | _____ | _____ |
| Defendant Thomas Motzny | _____ | _____ |
| Defendant Julia Lawler | _____ | _____ |
| Defendant Maria Diaz | _____ | _____ |

**State Law - Illinois Wrongful Death**

|  | For Plaintiff Maurice Cobige | Against Plaintiff Maurice Cobige |
|---|---|---|
| As to: | | |
| Defendant Rene Dimilanta | _____ | _____ |
| Defendant Piotr Czarniecki | _____ | _____ |
| Defendant Thomas Motzny | _____ | _____ |
| Defendant Julia Lawler | _____ | _____ |
| Defendant Maria Diaz | _____ | _____ |
| Defendant Maria Diaz | _____ | _____ |

**SECTION THREE**

**DAMAGES**

If you have found for Plaintiff and against any Defendant as to one or all of Plaintiff's claims on this verdict form, fill in the amount of compensatory damages that Plaintiff is awarded as to the claims:

(a) As to Plaintiff, Maurice Cobige, as Son, Next Friend, and Special Representative of the estate of PATRICIA COBIGE, Deceased:

Compensatory Damages: _____

(b) Federal law provides that you may award punitive damages as to the Federal Failure to Provide Medical Care claim only. However they are not mandatory and as jurors you have the option not to enter a punitive damage award. Do you award Plaintiff Maurice Cobige punitive damages as to the Federal Failure to Provide Medical Care claim and, if so, in what amount? (As to each Defendant, either (1) place an "x" on the NO line or (2) place an "x" on the YES line and fill in the amount.)

As to

| | | | |
|---|---|---|---|
| Defendant Rene Dimilanta | **NO** | _____ | |
| | **YES** | _____ | |
| | | $ _____ | |
| Defendant Piotr Czarniecki | **NO** | _____ | |
| | **YES** | _____ | |
| | | $ _____ | |
| Defendant Thomas Motzny | **NO** | _____ | |
| | **YES** | _____ | |

|  |  |  |
|---|---|---|
|  |  | $ _____ |
| Defendant Julia Lawler | **NO** | _____ |
|  | **YES** | _____ |
|  |  | $ _____ |
| Defendant Maria Diaz | **NO** | _____ |
|  | **YES** | _____ |
|  |  | $ _____ |

**SECTION FOUR:**

       Please sign and date this verdict form below:

_____       _____
Foreperson

_____       _____

_____       _____

_____       _____

Dated:      _____

## DEFENDANTS' OBJECTION TO VERDICT FORM[1]

      Defendants object to plaintiff's verdict form for the following two reasons: (1) It forces the jury to award a double recovery if the jury finds in favor of the plaintiff on all on his claims because it allows the jury to award compensatory damages two different times.  The first time it allows the jury to award compensatory damages is for the Federal Failure to Provide Medical Care claim and the state law claim for Intentional Infliction of Emotional Distress. The Second time the verdict form allows the jury to award compensatory damages is a separate section for the Wrongful Death claim. Therefore, the verdict form forces the jury to award double recovery for the same damages, which is clearly improper. (2) The second objection to Plaintiff's verdict form is that it implies that the jury must award punitive damages. However, this is not the law. The Seventh Circuit Pattern instruction for punitive damages clearly states that punitive damages are permitted, but not required.  However, the way plaintiff's verdict form reads it implies that the jury must award punitive damages.

---

[1]Plaintiff's have filed their proposed verdict form seperately.

                        Respectfully submitted,

                        By:    /s/ Scott Jebson
                               Scott Jebson
                               Chief Corporation Counsel
                               *Attorney for Defendants Lawler,*
                               *Dimilanta, and Czarnicki*

30 N. LaSalle, 900
Chicago, IL 60602
(312) 744-6959

                        By:    /s/ Rita O'Connor
                               Rita O'Connor
                               Assistant Corporation Counsel
                               *Attorney for Defendant Sgt. Motzny*
                               *and City of Chicago*

30 N. LaSalle, 900
Chicago, IL 60602

                        By:    /s/ Tiffany Harris
                               Tiffany Harris
                               Assistant Corporation Counsel
                               *Attorney for Defendant Maria Diaz*

30 N. LaSalle, 900
Chicago, IL 60602
(312) 744-7684

## CERTIFICATE OF SERVICE

  I, Scott Jebson, an attorney, hereby certify that I have caused true and correct copies of the above and foregoing DEFENDANTS' PROPOSED VERDICT FORM**,** to be sent via the CM/ECF system to the attorneys of record for this matter as permitted under the Local Rule 5.9 of the Northern District of Illinois.

                By:  /s/ Scott Jebson
                    Scott Jebson
                    Chief Corporation Counsel